**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1838-23

JOSEPH C. DIOLOSA JR.,
individually and on behalf
of similarly situated,

     Plaintiff-Appellant,

v.

RYAN AUTOMOTIVE INC,
OPEN ROAD AUTO GROUP LLC,
RODMAN H. RYAN, MICHAEL
MORAIS, OPEN ROAD HONDA,
OPEN ROAD VOLKSWAGEN,
and OPEN ROAD ACURA,

     Defendants-Respondents.

_____

Submitted September 11, 2024 – Decided September 16, 2024

Before Judges Rose and Puglisi.

On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-2532-23.

The Law Office of Jonathan Rudnick, LLC, attorneys for appellant (Jonathan Rudnick, on the brief).

Methfessel & Werbel, attorneys for respondents (Scott Ketterer, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-1838-23